United States District Court and Bankruptcy Court
for the District of Columbia

John Milner
54 Princeton Road
Parlin, NJ 08859
(732) 983-8672

vs.

The United States Supreme Court
and Supreme Court Justice John Roberts
1 First Street, NE
Washington, DC 20543

Case: 1:18-cv-02782
Assigned To : Jackson, Ketanji Brown
Assign. Date : 11/28/2018
Description: Pro Se General

RECEIVED
NOV 2 8 2018
Clerk, U.S. District and Bankruptcy Courts

## COMPLAINT

I would like to sue the Supreme Court of the United States and John Roberts for closing the courthouse on a non-holiday day. I arrived at the courthouse at exactly 11am, only to find it closed, on Friday, November 23, 2018. I then drove to my federal courthouse in Trenton, New Jersey, to file papers. They were closed too. As I was leaving, I noticed the handicapped doors cocked open a little bit. I decided to try it, and it worked. I proceeded inside and talked to a security guard, who told me, "All offices are closed today." I thanked him and left. I would like to file this lawsuit because I don't think government offices should be shut down on a non-holiday day. Furthermore, I would like to discipline the ones in charge. I feel that Supreme Court Justice John Roberts is behind this one, because he was responsible for this closure, and he may have asked the others to do it too.

1

I request a jury trial on this matter.

The crime that I believe he is guilty of is a Civil Rights charge. The statute is US 42, Chapter 21, Subchapter 1, Subparagraph 1983

The law is stated as follows:

"Every person, who under color of any statute, ordinance, or regulation of the country, deprives any citizen of the rights secured by the Constitution, shall be held liable for redress".

As reference, please find a list of holidays enclosed, direct from the Office of Personnel Management.

I would like to be awarded $2 million due to the severe impact this has on society. Betrayal of the public trust is at stake here, the issue and officials responsible for upholding the standard of law enforcement for society should not bend the rules, or alter the law, for their own benefit, or for the benefit of those immediately around them. Other federal and state offices are open on a day after a holiday. They do not think they are above the law. For the Judiciary to think they are an exception sets a very bad precedent.

John W. Milner
54 Princeton Road
Parlin, NJ 08859

2

SNOW & DISMISSAL PROCEDURES FEDERAL HOLIDAYS
2018

## 2018 Holiday Schedule

| Date | Holiday |
|---|---|
| Monday, January 1 | New Year's Day |
| Monday, January 15 | Birthday of Martin Luther King, Jr. |
| Monday, February 19* | Washington's Birthday |
| Monday, May 28 | Memorial Day |
| Wednesday, July 4 | Independence Day |
| Monday, September 3 | Labor Day |
| Monday, October 8 | Columbus Day |
| Monday, November 12** | Veterans Day |
| Thursday, November 22 | Thanksgiving Day |
| Tuesday, December 25 | Christmas Day |

*This holiday is designated as "Washington's Birthday" in section 6103(a) of title 5 of the United States Code, which is the law that specifies holidays for Federal employees. Though other institutions such as state and local governments and private businesses may use other names, it is our policy to always refer to holidays by the names designated in the law.

**November 11, 2018 (the legal public holiday for Veterans Day), falls on a Sunday. For most Federal employees, Monday, November 12, will be treated as a holiday for pay and leave purposes. (See section 3(a) of Executive order 11582, February 11, 1971.)